# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

IN RE:

| | | |
|---|---|---|
| BBQ PALMAS, INC. | * | CASE NUMBER 10-06275 (BKT) |
| | * | |
| | * | |
| Debtor(s) | * | CHAPTER 7 |
| | * | |

***************************************************

## U.S. TRUSTEE'S NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE
## AND RESCHEDULING MEETING OF CREDITORS

TO THE HONORABLE COURT:

COMES NOW, Donald F. Walton, United States Trustee for Region 21, and pursuant to 28 U.S.C. Section 586(a) and 11 U.S.C. Section 307, respectfully states:

1. On July 13, 2010, the United States Trustee appointed **WIGBERTO LUGO MENDER** as interim trustee in the present case.

2. Trustee WIGBERTO LUGO MENDER has a conflict of interest in this case and thus, has resigned his appointment.

3. Accordingly, the United States Trustee hereby appoints **WILFREDO SEGARRA MIRANDA,** as successor trustee pursuant to 11 U.S.C. § 703(a).

4. **The meeting of creditors pursuant 11 U.S.C. Section 341(a) is rescheduled to be held on AUGUST 18, 2010 at 1:30 PM.** This meeting of creditors will be held at the **Ochoa Building, Tanca Street Corner of Comercio Street, First Floor, Old San Juan**, Puerto Rico. **The entrance to the building is through Comercio Street.**

RESPECTFULLY SUBMITTED.

I HEREBY CERTIFY that on this day I electronically filed a true and exact copy of the foregoing with the Clerk of the Court using CM/ECF System which will send notification of such to:

| | |
|---|---|
| MONSITA LECAROZ ARRIBAS | ustpregion21.hr.ecf@usdoj.gov |
| WIGBERTO LUGO MENDER | trustee@lugomender.com, wlugo@ecf.epiqsystems.com |
| ENRIQUE ALVARADO HERNANDEZ | enrique.alvarado1@upr.edu; ealvarado@libertypr.net; ealvarado23@libertypr.net |

THE CLERK SHALL GIVE NOTICE to all parties in interest in accordance with the official master address list for the captioned case, and to the successor trustee to the following address: **Wilfredo Segarra Miranda, P.O. Box 9023385, San Juan, PR 00902-3385**.

In San Juan, Puerto Rico, this 15th day of July, 2010.

DONALD F. WALTON
UNITED STATES TRUSTEE, REGION 21

**[Electronically Filed]**

s/Monsita Lecároz Arribas
MONSITA LECAROZ ARRIBAS
ASSISTANT U.S. TRUSTEE
Office of the U.S. Trustee
Ochoa Building
500 Tanca Street, Suite 301
San Juan, PR  00901-1922
Telephone  (787) 729-7444
Facsimile   (787) 729-7449
USDC-PR #207707